DAVID G. FINKELSTEIN, ESQ. (SBN 047791)
**LAW OFFICES OF DAVID G. FINKELSTEIN**
A Professional Corporation
1528 South El Camino Real, Suite 306
San Mateo, California 94402
Telephone (650) 353-4503
Facsimile (650) 312-1803

Attorneys for PLAINTIFFS
Peter E. Pulis, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989; Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO<br><br>Plaintiffs,<br><br>vs.<br><br>GOODYEAR TIRE & RUBBER COMPANY and DOES 1-30 inclusive.<br><br>Defendants. | Case No.: C 08-4138 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Peter E. Pulis, as the Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trust dated September 14, 1989 ("Trust") is no longer a party to this action by reason of: Transfer of Interest.

2. Plaintiff Peter E. Pulis, as surviving trustee of the Trust and in his individual

-1-

Stipulation and [Proposed] Order Substituting Party

capacity, acknowledges that on account of the transfer of interest referenced in Paragraph 1 that neither he nor the Trust has and shall not assert any right to any recovery on the claims alleged in the action.

3. The remaining and existing plaintiffs, Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, and Mara C. Fazio, are substituted as a party to this action in place of the party identified in paragraph (1).

4. Any change in the identify of Plaintiffs shall not be deemed to create any obligation on the part of defendant, The Goodyear Tire & Rubber Company, to amend its previously-filed answer to the First Amended Complaint.

5. All parties to this action hereby acknowledge actual notice of this stipulation and continue to be subject to the jurisdiction of this court in this action.

Dated: March 4, 2009

LAW OFFICES OF DAVID G. FINKELSTEIN
A Professional Corporation

By: _____
Kamin Kamali, Esq., Attorney for Plaintiffs

Dated: March 4, 2009

BAKER & HOSTETLER, LLP

By: _____
Sonja A. Inglin, Attorney for
Defendant The Goodyear Tire & Rubber Company

Pursuant to the Stipulation, IT IS SO ORDERED

Dated: ~~March~~ April 28, 2009

By: _____

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Stipulation and [Proposed] Order Substituting Party