JOHN F. CERMAK, JR. (SBN: 146799)
SONJA A. INGLIN (SBN: 90799)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        singlin@bakerlaw.com

Attorneys for Defendant THE GOODYEAR
TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>Defendants. | Case No.  CV08-4138 VRW<br><br>[~~PROPOSED~~] ORDER CONTINUING JOINT CASE MANAGEMENT STATEMENT<br><br>Date:    April 1, 2010<br>Time:   3:30 p.m.<br>Ctrm:    6 (17th Floor)<br>Judge:   Hon. Vaughn R. Walker |

Pursuant to the request in the Joint Case Management Statement filed March 26, 2010 (Dkt. 25), and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference set for April 1, 2010 at 3:30 p.m. be continued to ~~August~~ **September 2**, 2010 at 3:30 p.m.

Dated: March _, 2010
        3/30/2010

_____
Vaughn R. Walker
United States District Judge

*[Signature and seal of Judge Vaughn R Walker, United States District Court, Northern District of California]*

[PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT STATEMENT