JOHN F. CERMAK, JR. (SBN: 146799)
SONJA A. INGLIN (SBN: 90799)
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        singlin@bakerlaw.com

Attorneys for Defendant THE GOODYEAR TIRE
& RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO, <br><br>Plaintiffs, <br><br>v. <br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive, <br><br>Defendants. | Case No. CV08-4138 VRW <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** <br><br> Date:   September 2, 2010 <br> Time:  3:30 p.m. <br> Ctrm:  6 (17th Floor) <br> Judge: Hon. Vaughn R. Walker |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio and Defendant The Goodyear Tire & Rubber Company ("Goodyear"), by and through their attorneys of record.

This case involves environmental remediation of a commercial property located in San Carlos, California (the "Property"). The parties previously entered into an interim agreement pursuant to which further investigative work was to be performed at the Property, and the next

502946020.1

status conference (set for September 2, 2010) was scheduled so that it would take place after certain work being performed by Goodyear at the Property had been completed. The work has been completed, but a written report to the County of San Mateo regarding the work will not be submitted until mid-September, after the current status conference date. The parties request that the status conference in this case be continued for a period of 60 to 90 days. The continuance is being requested to provide the parties with an opportunity (1) to evaluate the results of the investigative work, (2) if appropriate, to engage in further mediation efforts as contemplated by the interim agreement, and (3) to be prepared to address with the Court the status of the litigation at the continued status conference.

Dated: July 29, 2010

LAW OFFICES OF DAVID G. FINKELSTEIN,
A Professional Corporation

ROGERS JOSEPH O'DONNELL

By: ___/s/_____
    Robert C. Goodman
    Attorney for Plaintiffs

Dated: July 29, 2010

BAKER & HOSTETLER LLP

By: ___/s/_____
    Sonja A. Inglin
    Attorney for Defendant
    THE GOODYEAR TIRE & RUBBER COMPANY

**ORDER**

Based on the foregoing stipulation and good cause appearing, the Status Conference set for September 2, 2010 is continued to __December 9__, 2010 at __3:30 PM__.

Dated: __July 30__, 2010

_____
United States District Court Judge
Judge Vaughn R Walker

502946020.1

- 2 -