ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:     415.956.2828
Facsimile:     415.956.6457

Attorneys for Plaintiffs
Gregory Cohn, Jennifer Cohn,
Giuseppe Fazio, Bruna Fazio,
Francesca I. Fazio-O'Kane, and
Mara C. Fazio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GOODYEAR TIRE & RUBBER COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. C 08-04138 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

   This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio and Defendant The Goodyear Tire & Rubber Company ("Goodyear"), by and through their attorneys of record.

   In its Case Management Scheduling Order for Reassigned Civil Case dated October 18, 2010, the Court ordered that a Case Management Conference be held on Tuesday, December 7, 2010 at 2:00 p.m. Due to the unavailability of Plaintiffs' counsel, the parties have conferred concerning alternate dates for the Case Management Conference, and

Page 1

hereby request that the Case Management Conference be continued to January 25, 2011 at 2:00 p.m.

Dated:  October 19, 2010          ROGERS JOSEPH O'DONNELL

                                  By:   /s/ Robert C. Goodman
                                        ROBERT C. GOODMAN
                                        Attorneys for Plaintiffs

Dated:  October 19, 2010          BAKER & HOSTETLER LLP

                                  By:   /s/ Sonja A. Inglin
                                        SONJA A. INGLIN
                                        Attorneys for Defendant

**ORDER**

Based on the foregoing stipulation, the Case Management Conference set for December 7, 2010 is continued to Feb. 1, 2011 at 2:00 p.m.

Dated:  October 25, 2010          [signature]
                                  United States District Court Judge