ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:   415.956.2828
Facsimile:   415.956.6457

Attorneys for Plaintiffs
Gregory Cohn, Jennifer Cohn,
Giuseppe Fazio, Bruna Fazio,
Francesca I. Fazio-O'Kane, and
Mara C. Fazio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GOODYEAR TIRE & RUBBER COMPANY, et al.,<br><br>                    Defendants. | Case No. C 08-04138 CW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear")(Plaintiffs and Goodyear collectively "the Parties"), by and through their attorneys of record.

This case involves claims related to the environmental investigation and clean up of commercial property in San Carlos, California that Plaintiffs own and that Goodyear formerly leased ("the Property"). In its Case Management Scheduling Order for Reassigned

Civil Case dated October 18, 2010 (Document 34), the Court ordered that a Case Management Conference be held on Tuesday, December 7, 2010 at 2:00 p.m. Due to the unavailability of Plaintiffs' counsel, the parties stipulated to a continuance of that conference (Document 36), and the Court continued the Case Management Conference to February 1, 2011, at 2:00 p.m. (Document 37)  For the reasons set forth below, the Parties believe that a further continuance of the Case Management Conference is appropriate, and accordingly request that the Court continue the Case Management Conference to April 26, 2011.

At a Case Management Conference on January 29, 2009, Judge Walker ordered the Parties to participate in mediation (Document 15), which they did (Document 21). Following the initial mediation session, the Parties entered into an interim agreement providing, among other things, that Goodyear would undertake further investigative work at the Property and submit the report of its findings to the agency overseeing the investigation, San Mateo County Health System, Environmental Health ("County").  The Parties agreed to meet and confer within fifteen (15) days following the County's response to the report to discuss scheduling a further mediation session and/or to identify whether additional work was needed prior to having further productive settlement discussions.

The initial phase of work contemplated by the interim agreement was conducted in June, 2010, and a report was submitted to the County in September, 2010.  The County has advised the Parties that its review of the report will not be completed for another sixty (60) to ninety (90) days.  The Parties therefore request that the Case Management Conference be continued for a period of 90 to 120 days, to provide the Parties with an opportunity to review the County's response to the report, and, if appropriate, to engage in further mediation efforts as contemplated by the interim agreement, and to be prepared to

1  address with the Court the status of the litigation.

2      The Parties request that the Court continue the Case Management Conference to April 26, 2011, at 2:00 p.m.

Dated:  January 14, 2011    ROGERS JOSEPH O'DONNELL

By:   */s/ Robert C. Goodman*
      ROBERT C. GOODMAN
      Attorneys for Plaintiffs

Dated:  January 14, 2011    BAKER & HOSTETLER LLP

By:   */s/ Sonja A. Inglin*
      SONJA A. INGLIN
      Attorneys for Defendant

### **ORDER**

Based on the foregoing stipulation, the Case Management Conference set for February 1, 2011 is continued to April 26, 2011, at 2:00 p.m.

Dated: January 19, 2011

United States District Court Judge