JOHN F. CERMAK, JR., Bar No. 54729
SONJA A. INGLIN, Bar No. 90799
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        jcermak@bakerlaw.com
                   singlin@bakerlaw.com

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>Defendant. | Case No.  C 08-04138 CW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear," and collectively with Plaintiffs, "the Parties"), by and through their attorneys of record.

This case involves claims related to the environmental investigation and clean up of commercial property in San Carlos, California that Plaintiffs own and

that Goodyear formerly leased ("the Property").  In its Case Management Scheduling Order for Reassigned Civil Case dated October 18, 2010 (Document 34), the Court ordered that a Management Conference be held on Tuesday December 7, 2010 at 2:00 p.m.  Due to the unavailability of Plaintiffs' counsel, the parties stipulated to a continuance of that conference (Document 36), and the Court continued the Case Management Conference to February 1, 2011, at 2:00 p.m. (Document 37).  On January 19, 2011, the Parties, by stipulation, requested a further continuance of the Case Management Conference to April 26, 2011.  (Document 38).   The basis of that request was that:

1. At a Case Management Conference on January 29, 2009, Judge Walker ordered the Parties to participate in mediation (Document 15), which they did (Document 21) and following the initial mediation session, the Parties entered into an interim agreement providing, among other things, that Goodyear would undertake further investigative work at the Property and submit the report of its findings to the agency overseeing the investigation, San Mateo County Health System, Environmental Health ("County");

2. The Parties agreed to meet and confer within fifteen (15) days following the County's response to the report to discuss scheduling a further mediation session and/or to identify whether additional work was needed prior to having further productive settlement discussions;

3. The initial phase of work contemplated by the interim agreement was conducted in June, 2010, and a report was submitted to the County in September, 2010; and

4. The County had advised the Parties that its review of the report would not be completed for another sixty (60) to ninety (90) days.

The Court then continued the Case Management Conference to April 26, 2011 at 2:00 p.m. (Document 39).

1   For the reasons set forth below, the Parties believe that a further continuance
2   of the Case Management Conference is appropriate, and accordingly request that
3   the Court continue the Case Management Conference to on or after August 16,
4   2011.  The basis of this request is as follows:

5       1.    The County responded to the September 2010 report submitted by
6           Goodyear by letter dated April 7, 2011 ("County Letter");
7       2.    The County Letter directed that additional work be performed,
8           including conducting four quarters of groundwater monitoring, and
9           setting a deadline of August 31, 2011 for a further submission to the
10          County related to the assessment of the Property; and
11      3.    The Parties are currently engaged in the meet and confer process
12          contemplated by the interim agreement with respect to the County
13          Letter and the additional work that it requires, as well as to whether
14          any further settlement or mediation efforts are appropriate.

15  For the reasons set forth above, the Parties request that the Court continue the
16  Case Management Conference to August 23, 2011, at 2:00 p.m. or a date thereafter
17  that is available on the Court's calendar.

18  Dated:  April 15, 2011        ROGERS JOSEPH O'DONNELL

        By:  */s/ Robert C. Goodman*
             ROBERT C. GOODMAN
             Attorneys for Plaintiffs

23  Dated:  April 15, 2011        BAKER & HOSTETLER LLP

        By:  */s/ Sonja A. Inglin*
             SONJA A. INGLIN
             Attorneys for Defendant
             THE GOODYEAR TIRE & RUBBER
             COMPANY

503339870.1                - 3 -            STIPULATION FOR CONTINUANCE OF CASE
                                             MANAGEMENT CONFERENCE AND ORDER
                                             THEREON

## **ORDER**

Based on the foregoing stipulation, the Case Management Conference set for April 26, 2011 is continued to August 23, 2011, at 2:00 p.m.

Dated: April **18**, 2011

_____
United States District Court Judge