JOHN F. CERMAK, JR., Bar No. 54729
SONJA A. INGLIN, Bar No. 90799
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:       jcermak@bakerlaw.com
             singlin@bakerlaw.com

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>　　　　　Defendant. | Case No.  C 08-04138 CW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br><br>Date:    August 23, 2011<br>Time:    2:00 p.m.<br>Ctrm:    2 |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear," and collectively with Plaintiffs, "the Parties"), by and through their attorneys of record.  The Parties request a continuance of the Case Management Conference,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   now scheduled for August 23, 2011, to November 15, 2011 or a date thereafter

2   available on the Court's calendar.

3        This case involves claims related to the environmental investigation and

4   clean up of commercial property in San Carlos, California that Plaintiffs own and

5   that Goodyear formerly leased ("the Property").  In its Case Management

6   Scheduling Order for Reassigned Civil Case dated October 18, 2010

7   (Document 34), the Court ordered that a Management Conference be held on

8   Tuesday December 7, 2010 at 2:00 p.m.  Due to the unavailability of Plaintiffs'

9   counsel, the parties stipulated to a continuance of that conference (Document 36),

10  and the Court continued the Case Management Conference to February 1, 2011, at

11  2:00 p.m. (Document 37).  On January 19, 2011, the Parties, by stipulation,

12  requested a further continuance of the Case Management Conference to April 26,

13  2011.  (Document 38).  The basis of that request was that:

14       1.   At a Case Management Conference on January 29, 2009, Judge

15            Walker ordered the Parties to participate in mediation (Document 15),

16            which they did (Document 21) and following the initial mediation

17            session, the Parties entered into an interim agreement providing,

18            among other things, that Goodyear would undertake further

19            investigative work at the Property and submit the report of its findings

20            to the agency overseeing the investigation, San Mateo County Health

21            System, Environmental Health ("County");

22       2.   The Parties agreed to meet and confer within fifteen (15) days

23            following the County's response to the report to discuss scheduling a

24            further mediation session and/or to identify whether additional work

25            was needed prior to having further productive settlement discussions;

26       3.   The initial phase of work contemplated by the interim agreement was

27            conducted in June, 2010, and a report was submitted to the County in

28            September, 2010; and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND ORDER
THEREON

4.    In early 2011 the County informed the Parties that the County's review of the report would not be completed for another sixty (60) to ninety (90) days.

The Court then continued the Case Management Conference to April 26, 2011 at 2:00 p.m. (Document 39).  The Parties then requested further continuance of the Case Management Conference (Document 40).  The basis of that request was:

1.    The County had responded to the September 2010 report submitted by Goodyear in a letter dated April 7, 2011 ("County Letter");

2.    The County Letter directed that additional work be performed at the Property, including conducting four quarters of groundwater monitoring, and also directed that a further submission be made by August 31, 2011; and

3.    The Parties were then engaged in the meet and confer process contemplated by the interim agreement with respect to the County Letter and the additional work that it required, as well as timing regarding any further settlement or mediation efforts.

The Court continued the Case Management Conference to August 23, 2011 at 2:00 p.m. (Document 41).

For the reasons set forth below, the Parties believe that a further continuance of the Case Management Conference is appropriate, and accordingly request that the Court continue the Case Management Conference to an available date on the Court's calendar on or after November 15, 2011.  The basis for the Parties' request is as follows:

1.    The Parties have agreed to extend the interim agreement with respect to work required by the County Letter and contemplate engaging in further settlement efforts once certain of the work required by the County Letter has been performed;

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2.    Pursuant to that agreement, Goodyear performed an initial round of groundwater monitoring in June 2011 (and has subsequently submitted a report to the County regarding the results of the groundwater monitoring), and has committed to perform the additional quarterly monitoring required by the County Letter;

3.    Goodyear's consultant has prepared and will shortly be submitting to the County the submission required by the County Letter;

4.    The Parties contemplate that this submission will be the basis for determining what additional work may be required at the Site and will define whether further settlement discussions are appropriate; and

5.    It is unknown how long it may take for the County to respond to the August 31, 2011 submission and the Parties believe it would be in their best interests and in the interest of judicial economy to defer the Case Management Conference pending further work at the Site and a respond by the County the submission.

///
///
///
///
///
///
///
///
///
///
///
///

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND ORDER
THEREON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

    For the reasons set forth above, the Parties request that the Court continue the Case Management Conference to November 15, 2011 or such date thereafter that is available on the Court's calendar.

Dated:  August 16, 2011        ROGERS JOSEPH O'DONNELL

            By:   */s/ Robert C. Goodman*
                 ROBERT C. GOODMAN
                 Attorneys for Plaintiffs

Dated:  August 16, 2011        BAKER & HOSTETLER LLP

            By:   */s/ Sonja A. Inglin*
                 SONJA A. INGLIN
                 Attorneys for Defendant
                 THE GOODYEAR TIRE & RUBBER COMPANY

## <u>ORDER</u>

    Based on the foregoing stipulation, the Case Management Conference set for August 23, 2011 is continued to November **15**, 2011, at 2:00 p.m.

Dated:  **August 16, 2011**                             
                         United States District Court Judge

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND ORDER
THEREON