JOHN F. CERMAK, JR., Bar No. 54729
SONJA A. INGLIN, Bar No. 90799
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        jcermak@bakerlaw.com
                  singlin@bakerlaw.com

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>Defendant. | Case No.  C 08-04138 CW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:   April 4, 2012<br>Time:  2:00 p.m.<br>Ctrm:   2 |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear," and collectively with Plaintiffs, "the Parties"), by and through their attorneys of record.  The Parties request a continuance of the Case Management Conference,

now scheduled for April 4, 2012, to October 2, 2012 or a date thereafter that is available on the Court's calendar.

This case involves claims related to the environmental investigation and clean-up of commercial property in San Carlos, California that Plaintiffs own and that Goodyear formerly leased ("the Property"). In its Case Management Scheduling Order for Reassigned Civil Case dated October 18, 2010 (Document 34), the Court ordered that a Management Conference be held on December 7, 2010. The Parties, by stipulation, have subsequently made several requests to continue the Case Management Conference, which were granted by the Court.[1] The basis for the prior requests and the current request to further continue the Case Management Conference is as follows:

1. At a Case Management Conference on January 29, 2009, Judge Walker ordered the Parties to participate in mediation (Document 15), which they did (Document 21);

2. Following the initial mediation session, the Parties entered into an interim agreement providing, among other things, that Goodyear would undertake further investigative work at the Property and submit the report of its findings to the agency overseeing the investigation, San Mateo County Health System, Environmental Health ("County");

3. The Parties agreed to meet and confer within fifteen (15) days following the County's response to the report to discuss scheduling a further mediation session and/or to identify whether additional work was needed prior to having further productive settlement discussions;

4. The initial phase of work contemplated by the interim agreement was conducted in June, 2010 and a report regarding the work was

---

[1] *See* Documents 36 and 37 (continuance to February 1, 2011), Documents 38 and 29 (continuance to April 26, 2011), Documents 40 and 41 (continuance to August 23, 2011), Documents 42 and 43 (continuance to November 15, 2011), and Documents 44 and 45 (continuance to April 4, 2012).

- 2 -

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON

601169248.2

submitted to the County in September, 2010, but the County did not respond until April 2011, when it issued a letter dated April 7, 2011 ("County Letter") directing that additional work be performed at the Property, including conducting four quarters of groundwater monitoring and the submission of an additional report by August 31, 2011;

5. The Parties, pursuant to the meet and confer process contemplated by the interim agreement, agreed to extend the interim agreement with respect to work required by the County Letter and contemplate engaging in further settlement efforts once certain of the work required by the County Letter has been performed;

6. In connection with the extension of the interim agreement, (a) Goodyear agreed to perform the groundwater monitoring required by the County Letter (and to date has conducted four quarterly groundwater monitoring events); and (b) Goodyear's consultant made the August 31, 2011 submission required by the County Letter (a Site Conceptual Model);

7. In response to the August 31, 2011 submission, the County directed that a closure report be submitted by June 1, 2012, following completion of the second quarter 2012 round of groundwater monitoring. The Parties anticipate that this report and the County's actions with respect to it will provided the basis for determining what additional work, if any, may be required at the Site and will define whether further settlement discussions are appropriate; and

8. The Parties believe it would be in their best interests and in the interest of judicial economy to defer the Case Management Conference pending submission of the closure report on June 1, 2012, and a

- 3 -

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON

601169248.2

1  response by the County (which the Parties anticipate would require at
2  least 90 days after the closure report is submitted).
3  For the reasons set forth above, the Parties request that the Court continue the
4  Case Management Conference to October 2, 2012 or such date thereafter that is
5  available on the Court's calendar.

6  Dated: March 26, 2012              ROGERS JOSEPH O'DONNELL

8                                     By:  */s/ Robert C. Goodman*
                                           ROBERT C. GOODMAN
9                                          Attorneys for Plaintiffs

10 Dated: March 26, 2012              BAKER & HOSTETLER LLP

12                                    By:  */s/ Sonja A. Inglin*
                                           SONJA A. INGLIN
13                                         Attorneys for Defendant
                                           THE GOODYEAR TIRE & RUBBER
14                                         COMPANY

16                                  **ORDER**

17 Based on the foregoing stipulation, the Case Management Conference set for
18 April 4, 2012 is continued to ___October 3___, 2012, at 2:00 p.m.

20 Dated: March 27, 2012              _____
21                                    United States District Court Judge

- 4 -

STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND ORDER
THEREON

601169248.2