1  JOHN F. CERMAK, JR., Bar No. 54729
   SONJA A. INGLIN, Bar No. 90799
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, California  90025-7120
   Telephone:  310.820.8800
4  Facsimile:  310.820.8859
   Email:  jcermak@bakerlaw.com
5          singlin@bakerlaw.com

6  Attorneys for Defendant
   THE GOODYEAR TIRE & RUBBER
7  COMPANY

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO, | Case No.  C 08-04138 CW |
|---|---|---|
|   |   | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
|   | Plaintiffs, | Date:  October 3, 2012 |
|   | v. | Time:  2:00 p.m. |
|   | GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive, | Ctrm:  2 |
|   | Defendant. |   |

23     This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn,

24  Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio

25  ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear,"

26  and collectively with Plaintiffs, "the Parties"), by and through their attorneys of

27  record.  The Parties request a continuance of the Case Management Conference,

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1 now scheduled for October 3, 2012, to January 16, 2013 or a date thereafter that is
2 available on the Court's calendar.

3       This case involves claims related to the environmental investigation and
4 clean-up of commercial property in San Carlos, California that Plaintiffs own and
5 that Goodyear formerly leased ("the Property").  In its Case Management
6 Scheduling Order for Reassigned Civil Case dated October 18, 2010
7 (Document 34), the Court ordered that a Management Conference be held on
8 December 7, 2010.  The Parties, by stipulation, have subsequently made several
9 requests to continue the Case Management Conference, which were granted by the
10 Court.[1]  The basis for the prior requests and the current request to further continue
11 the Case Management Conference is as follows:

12     1.    At a Case Management Conference on January 29, 2009, Judge
13         Walker ordered the Parties to participate in mediation (Document 15),
14         which they did (Document 21);

15     2.    Following the initial mediation session, the Parties entered into an
16         interim agreement providing, among other things, that Goodyear
17         would undertake further investigative work at the Property and submit
18         the report of its findings to the agency overseeing the investigation,
19         San Mateo County Health System, Environmental Health ("County");

20     3.    The Parties agreed to meet and confer within fifteen (15) days
21         following the County's response to the report to discuss scheduling a
22         further mediation session and/or to identify whether additional work
23         was needed prior to having further productive settlement discussions;

24     4.    The initial phase of work contemplated by the interim agreement was
25         conducted in June, 2010 and a report regarding the work was

---

[1] *See* Documents 36 and 37 (continuance to February 1, 2011), Documents 38 and 29 (continuance to April 26, 2011), Documents 40 and 41 (continuance to August 23, 2011), Documents 42 and 43 (continuance to November 15, 2011), Documents 44 and 45 (continuance to April 4, 2012), and Documents 46 and 47 (continuance to October 3, 2012).

- 2 -   STIPULATION FOR CONTINUANCE OF CMC AND ORDER THEREON

submitted to the County in September, 2010, but the County did not respond until April 2011, when it issued a letter dated April 7, 2011 ("County Letter") directing that additional work be performed at the Property, including conducting four quarters of groundwater monitoring and the submission of an additional report by August 31, 2011;

5. The Parties, pursuant to the meet and confer process contemplated by the interim agreement, agreed to extend the interim agreement with respect to work required by the County Letter and contemplate engaging in further settlement efforts once certain of the work required by the County Letter has been performed;

6. In connection with the extension of the interim agreement, (a) Goodyear agreed to perform the groundwater monitoring required by the County Letter (and to date has conducted four quarterly groundwater monitoring events); and (b) Goodyear's consultant made the August 31, 2011 submission required by the County Letter (a Site Conceptual Model);

7. In response to the August 31, 2011 submission, the County directed that a closure report be submitted by June 1, 2012, following completion of the second quarter 2012 round of groundwater monitoring. The closure report was submitted in June 2012, but the County has yet to act upon the report. A response by the County is, however, expected to be received shortly. The Parties anticipate that this report and the County's actions with respect to it will provide the basis for determining what additional work, if any, may be required at the Site and will define whether further settlement discussions are appropriate; and

STIPULATION FOR CONTINUANCE OF CMC AND ORDER THEREON

8. The Parties believe it would be in their best interests and in the interest of judicial economy to defer the Case Management Conference pending a response by the County to the County to the closure report.

For the reasons set forth above, the Parties request that the Court continue the Case Management Conference to January 16, 2013 or such date thereafter that is available on the Court's calendar.

Dated: September 25, 2012          ROGERS JOSEPH O'DONNELL

By: */s/ Robert C. Goodman*
ROBERT C. GOODMAN
Attorneys for Plaintiffs

Dated: September 25, 2012          BAKER & HOSTETLER LLP

By: */s/ Sonja A. Inglin*
SONJA A. INGLIN
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

**ORDER**

Based on the foregoing stipulation, the Case Management Conference set for October 3, 2012 is continued to January 16, 2103, at 2:00 p.m.

Dated: September 26, 2012          _____
United States District Court Judge

- 4 -

STIPULATION FOR CONTINUANCE OF CMC AND ORDER THEREON