| | |
|---|---|
| 1 | JOHN F. CERMAK, JR., Bar No. 54729 |
| | SONJA A. INGLIN, Bar No. 90799 |
| 2 | BAKER & HOSTETLER LLP |
| | 12100 Wilshire Boulevard, 15th Floor |
| 3 | Los Angeles, California  90025-7120 |
| | Telephone:  310.820.8800 |
| 4 | Facsimile:   310.820.8859 |
| | Email:      jcermak@bakerlaw.com |
| 5 |            singlin@bakerlaw.com |

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO, <br><br> Plaintiffs, <br><br> v. <br><br> GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive, <br><br> Defendant. | Case No.  C 08-04138 CW <br><br> **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br><br><br> Date:    April 17, 2013 <br> Time:   2:00 p.m. <br> Ctrm:    2 |

This stipulation is entered into by Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, Mara C. Fazio ("Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear," and collectively with Plaintiffs, "the Parties"), by and through their attorneys of record.  The Parties request a continuance of the Case Management Conference,

1 now scheduled for January 16, 2013 to April 17, 2013 or a date thereafter that is
2 available on the Court's calendar.

3 This case involves claims related to the environmental investigation and
4 clean-up of commercial property in San Carlos, California that Plaintiffs own and
5 that Goodyear formerly leased ("the Property"). In its Case Management
6 Scheduling Order for Reassigned Civil Case dated October 18, 2010
7 (Document 34), the Court ordered that a Case Management Conference be held on
8 December 7, 2010. The Parties, by stipulation, have subsequently requested (and
9 the Court has granted) requests to continue the Case Management Conference,
10 pending the completion of work at the Property under the direction of the County of
11 San Mateo Health System, Environmental Health ("County").[1] The County
12 recently notified the Parties that it does not intend to require any additional work at
13 the Property be performed. The Parties are currently in discussions regarding the
14 County's proposed closure with respect to the Property and the possible resolution
15 of this action. The Parties request a further continuance of the Case Management
16 Conference for approximately 90 days to allow them to conclude those discussions.

17 The basis for the prior requests and the current request to further continue the
18 Case Management Conference is as follows:

19 1. At a Case Management Conference on January 29, 2009, Judge
20 Walker ordered the Parties to participate in mediation (Document 15),
21 which they did (Document 21);
22 2. Following the initial mediation session, the Parties entered into an
23 interim agreement providing, among other things, that Goodyear

---

[1] *See* Documents 36 and 37 (continuance to February 1, 2011), Documents 38 and 29 (continuance to April 26, 2011), Documents 40 and 41 (continuance to August 23, 2011), Documents 42 and 43 (continuance to November 15, 2011), Documents 44 and 45 (continuance to April 4, 2012), Documents 46 and 47 (continuance to October 3, 2012), and Documents 48 and 49 (continuance to January 16, 2012).

- 2 -  STIPULATION FOR CONTINUANCE OF CMC AND ORDER THEREON

1 would undertake further investigative work at the Property and submit
2 the report of its findings to the County;

3. The Parties agreed to meet and confer within fifteen (15) days following the County's response to the report to discuss scheduling a further mediation session and/or to identify whether additional work was needed prior to having further productive settlement discussions;

4. The initial phase of work contemplated by the interim agreement was conducted in June, 2010 and a report regarding the work was submitted to the County in September, 2010, but the County did not respond until April 2011, when it issued a letter dated April 7, 2011 ("County Letter") directing that additional work be performed at the Property, including conducting four quarters of groundwater monitoring and the submission of an additional report by August 31, 2011;

5. The Parties, pursuant to the meet and confer process contemplated by the interim agreement, agreed to extend the interim agreement with respect to work required by the County Letter and contemplate engaging in further settlement efforts once certain of the work required by the County Letter has been performed;

6. In connection with the extension of the interim agreement, (a) Goodyear agreed to perform the groundwater monitoring required by the County Letter (and has subsequently conducted quarterly groundwater monitoring events); and (b) Goodyear's consultant made the August 31, 2011 submission required by the County Letter (a Site Conceptual Model);

7. In response to the August 31, 2011 submission, the County directed that a closure report be submitted by June 1, 2012, following completion of the second quarter 2012 round of groundwater

1  monitoring. The closure report was submitted in June 2012, and in
2  November 2012, the County issued a letter notifying Plaintiffs of its
3  intent to close the investigation of the Property, based on the closure
4  report;

5  8. There are ongoing discussions taking place between the Parties
6  regarding the County's response to the closure report and the possible
7  resolution of this action; and

8  9. The Parties believe it would be in their best interests and in the interest
9  of judicial economy to defer the Case Management Conference
10 pending their ongoing discussions regarding the County's actions and
11 the resolution of this action.

For the reasons set forth above, the Parties request that the Court continue the Case Management Conference to April 17, 2013 or such date thereafter that is available on the Court's calendar.

Dated: January 8, 2013   ROGERS JOSEPH O'DONNELL

By: */s/ Robert C. Goodman*
ROBERT C. GOODMAN
Attorneys for Plaintiffs

Dated: January 8, 2013   BAKER & HOSTETLER LLP

By: */s/ Sonja A. Inglin*
SONJA A. INGLIN
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

## **ORDER**

Based on the foregoing stipulation, the Case Management Conference set for **January 16, 2013** is continued to April 17, 2013, at 2:00 p.m.  **The case management conference will not be continued again, absent compelling circumstances.**

Dated: January 14, 2013          _____
                                 United States District Court Judge

601597774