ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:   415.956.2828
Facsimile:    415.956.6457

Attorneys for Plaintiffs
Gregory Cohn, Jennifer Cohn,
Giuseppe Fazio, Bruna Fazio,
Francesca I. Fazio-O'Kane, and
Mara C. Fazio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>Defendants. | Case No. CV08-4138 CW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   May 1, 2013<br>Time:   2:00 p.m.<br>Ctrm:   2 |

Plaintiffs Gregory Cohn, Jennifer Cohn, Giuseppe Fazio, Bruna Fazio, Francesca I. Fazio-O'Kane, and Mara C. Fazio (collectively "Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear," and collectively with Plaintiffs, "the Parties") jointly submit this Notice of Settlement and Stipulation to Continue Case Management Conference.

The Parties participated in mediation on April 29, 2013, before retired Judge Carl West, and reached a settlement of this matter, subject to agreement on the terms of a written settlement agreement.

Page 1

1        The Parties currently are documenting the settlement, which they anticipate will take two to three weeks.

       Therefore, the Parties respectfully request that the Case Management Conference currently scheduled for May 1, 2013, be continued for sixty (60) days to allow the parties to complete documentation and funding of the settlement, at which point a dismissal will be filed.

Dated:  April 30, 2013          ROGERS JOSEPH O'DONNELL

                                 By:   */s/ Robert C. Goodman*
                                        ROBERT C. GOODMAN
                                        Attorneys for Plaintiffs

Dated:  April 30, 2013          BAKER & HOSTETLER LLP

                                 By:   */s/ Sonja A. Inglin*
                                        SONJA A. INGLIN
                                        Attorneys for Defendant
                                        THE GOODYEAR TIRE & RUBBER COMPANY

Filer's Attestation:  Pursuant to Local Rule 5-1(i), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

1  Dated: April 30, 2013                                    ROGERS JOSEPH O'DONNELL

2                                                            By:   */s/ Robert C. Goodman*
3                                                                  ROBERT C. GOODMAN
                                                                   Attorneys for Plaintiffs

## ORDER

Based on the foregoing stipulation, the Case Management Conference previously set for May 1, 2013 is continued to Wednesday, July 10, 2013 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   April 30, 2013

Claudia Wilken
United States District Court Judge