SONJA A. INGLIN, Bar No. 90799
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: singlin@bakerlaw.com

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER E. PULIS, Surviving Trustee of the Peter E. Pulis and Grayce H. Yamamoto 1989 Trusts dated September 14, 1989, GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, MARA C. FAZIO,<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, AND DOES 1-30 inclusive,<br><br>Defendant. | Case No.: C 08-04138 CW<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

## **STIPULATION FOR DISMISSAL**

This Stipulation for Dismissal is entered into by and between Plaintiffs GREGORY COHN, JENNIFER COHN, GIUSEPPE FAZIO, BRUNA FAZIO, FRANCESCA I. FAZIO-O'KANE, and MARA C. FAZIO ("Plaintiffs") and Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Goodyear").

Plaintiffs and Goodyear have entered into that certain Settlement Agreement dated as of August 7, 2013 ("Settlement Agreement"), pursuant to which they have resolved the claims asserted in this action. Pursuant to the terms of the Settlement Agreement, this action is to be dismissed with prejudice, except as to any claims which are Plaintiff Reserved Claims (as defined in the Settlement Agreement), and to as to those claims, the dismissal is to be without prejudice. In connection with the dismissal, each of the Plaintiffs and Goodyear shall each bear his, her or its own attorney's fees and costs.

Plaintiffs and Goodyear stipulate to the entry of an order dismissing this action on the basis set forth above.

Dated: September 6, 2013  ROGERS JOSEPH O'DONNELL

By: */s/ Robert C. Goodman*
ROBERT C. GOODMAN
Attorneys for Plaintiffs

Dated: September 6, 2013  BAKER & HOSTETLER LLP

By: /s/ Sonja A. Inglin
SONJA A. INGLIN
Attorneys for Defendant
THE GOODYEAR TIRE &
RUBBER COMPANY

## **ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED:

1. This action shall be dismissed with prejudice, except as to any Plaintiffs Reserved Claims (as defined in the Settlement Agreement), which to the extent that any such claims are asserted in this action, are dismissed without prejudice.

2. Each party shall bear his, her or its own attorney's fees and costs.

Dated: September 11, 2013

UNITED STATES DISTRICT JUDGE